COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:      01-14-00989-CV

Style:      In re Shayna (Deboise) Herring

Date motion filed*:      January 9, 2015

Type of motions:      Unopposed Motion for Extension of Time to File Brief in Response

Parties filing motions:      Real Party in Interest Caston Lee Deboise

Document to be filed:      Response to Habeas Petition

Is appeal accelerated?      Yes (original proceeding on habeas petition)

If motion to extend time:

      Original due date:      January 12, 2015

      Number of extensions granted:      0      Current Due date:  January 12, 2015

      Date Requested:      N/A (30 days from January 31, 2015)

Ordered that motion is:

      ☑      Granted in part

            If document is to be filed, document due:  February 11, 2015

            ☑      No further extensions will be granted absent extraordinary circumstances.

      ☐      Denied

      ☐      Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑      Other: _____

      Because this Court's December 12, 2014 Memorandum Order gave the real party in interest 30 days to respond, his deadline was January 12, 2015, not January 31 as counsel states. *See* TEX. R. APP. P. 4.1(a).  But because counsel states that she did not receive notice of the order until December 29, 2014, the unopposed extension is granted, in part, until February 11, 2015. *See* TEX. R. APP. P. 10.3(a).  As this is an accelerated proceeding, no further extensions will be granted absent extraordinary circumstances.

Judge's signature: /s/ Laura C. Higley
      ☑ Acting individually      ☐ Acting for the Court

Date:  January 13, 2015

November 7, 2008 Revision